THIS IS A JOINT AND SEVERAL CIVIL RIGHTS CLAIM
EILA VALENE GAMBLE AKA SHEILATHA VALENENE AKA SHELIA VALENE GAMBLE PLAINTIFF VERSUS
ENDANTS (IN NO PARTICULAR ORDER) ATLANTA, FULTON COUNTY, GA, AND METRO AREA COUNTIES OF DEKALB, COBB,
NNETT, CLAYTON, GA.; STANDARD MORTGAGE CONSORTIUM AND CLOSING ATTORNEY; STANDARD MORTGAGE AND FORECLOSING
ORNIES; E. ROBERT HALL AKA EFREM ROBERT HALL; MARSHALLS SERVICE SPECIFICALLY SGT. SWEENY; UNNAMED MARSHALL,
Lt. BILLINGSLEA; ATLANTA POLICE DEPT; BERNARDO CHILDS; MARCIA FELTS; SARAH ARLENE SPROWL; ANDREA JOHNSON KIRK; HATTIE
ON; MARGARET BARSH; ROBIN CHAMPION; ANDREW JOHNSON; DIANE CAMPBELL; LORRAINE REGINA TUCKER TOUCHSTONE; PAT PARKER
ONY ROBINSON (ORLANDO); JUDGES THELMA WYATT CUMMINGS, BARNES, AND DEVEREAU; MENTAL HEALTH FACILITY, PANTHERSVILLE Rd, DECATU
HOSPITAL; DEKALB COUNTY SHERIFFS DEPT; DARRELL FUNDERBURKE; FEDERAL BUREAU OF INVESTIGATION; FIRESTONE, COBB PKWY, SMYRNA,
IRST UNION BANK; TRUST COMPANY BANK; GREGORY NLN 300 ZX; WAGE AND HOUR BOARD; RON BROWN DEKALB COUNTY SHERIFF; GREGORY SMITH;
WAYNE ALLEN; ROBERT WALKER; DR. RASTA ——, PEDIATRICIAN; GREGORY TURNER; RENARD LAMAE TURNER; DEBBIE BAZAN; PLANTATION OAKS
ATTORNEY GOLDEN, GERARD HEGSTROM; GEORGE BAILEY, CHIEF HEARING OFC, STATE OF GA; JAMES LEDBETTER, COMMISSIONER, STATE OF GA; DEPUTY COMMISSI
ANDY CARDEN; CHIEF OF SECURITY, OFFICE OF CHILD SUPPORT RECOVERY; JERRY TOWNSEND, DIRECTOR, OCSR; ROBERT SWAIN, DEPUTY DIRECTOR, OCSR
KERNS, REGIONAL DIRECTOR, OCSR; CAROLYN BEASLEY, DEPUTY REGIONAL DIRECTOR, OCSR; JACK BARRETT, OFFICE MGR, OCSR; ANGELO BENITO
E MGR, OCSR; JOSEPH GAZAPY, SENIOR AGENT, OCSR; DEPARTMENT OF FAMILY AND CHILDREN SVCS, FULTON COUNTY; CRAWFORD LONG HOSPITAL, AKA
HOSPITAL, ATLANTA, GA; SOUTHWEST COMMUNITY HOSPITAL, ATLANTA, GA; ATLANTA PUBLIC SCHOOLS, GEORGIA; CHILD PROTECTIVE SERVICES,
UTA, GA; ATLANTA DETENTION CENTER; GAIL ALLEN; FULTON COUNTY JAIL; OFFICER OWENS; POINDREST SIMS; STEFANI MILLER; ORLANDO POLICE
FL; ORANGE COUNTY SHERIFFS DEPARTMENT AND JAIL; CHILD PROTECTIVE SERVICES; LAKESIDE ALTERNATIVES MENTAL HEALTH FACILITY;
NILE JUSTICE CENTER, MICHIGAN St, ORLANDO, FL; DOCTORS TAN AND SILVERSTEEN; SALVATION ARMY; OUR MISSION, WASHINGTON St;
GE COUNTY LIBRARY, DOWNTOWN; PRESIDING JUDGES IN EACH ARREST: JUNE 14, 2001; NOV 28, 2007, MAY 24, 2012; LUCERN HOSPITAL;
HOUND (MANY); FL DEPT OF CHILDREN AND FAMILIES (FOOD STAMPS, PA CHECK, HOUSING, WIC); FAMILY LAW LIBRARY ORLANDO; ERIC
E; CHILDRENS HOME SOCIETY/CARRIE MELTZ; DON GRIFFIN AND UNNAMED BLACK MALE, 25 YRS OLD; STEPHANIE DAVIS, CPS;
E MARIE GIORDANO (GILDEN) ATTY; CARMEN ABRAHAMS; MARIA AND UNNAMED WHITE FEMALE; CARLA JACKSON; JUDITH
T NAME UNKNOWN; BARBARA HUDAK RYLAND, OWNER/MGR STUDIO CONCORD; QUALITY TEMP SERVICES; COALITION FOR THE
ELESS, ORLANDO; CROSSROADS, ORLANDO; FIRST UNION BANK, ORLANDO; DAYTONA BEACH, VOLUSIA COUNTY, FL JAIL; JAIL PSYCHIATRIS
MENTAL HEALTH ASSISTANTS; JUDGE MARY JANE HENDERSON; PUBLIC DEFENDER ASSIGNED; SGT. OLIVER AND OTHER JAIL STAFF
AUDERDALE, BROWARD COUNTY, FL JAIL; PRESIDING JUDGE; MENTAL HEALTH FACILITY AND STAFF SPECIFICALLY ROSE UNKNOWN LAST
E; BIBI UNKNOWN LAST NAME; ARRESTING OFFICER; BROWARD COUNTY SHERIFFS DEPT, FL; MESQUITE, ENCOMPASSING COUNTY
S; ARRESTING OFC BURCH, JUDGE ROSEN, JAIL WHERE HELD OVERNITE AND STAFF; DALLAS, ENCOMPASSING COUNTY, TEXAS
CE DEPARTMENT; GREYHOUND; DALLAS AREA 7-11s; UNKNOWN BLACK MALE WHO PEPPER-SPRAYED ME; OUR CALLING
GER; BILLINGS, MONTANA AND ENCOMPASSING COUNTY; ARRESTING OFCS KANE, WEILAND, EVANS; DR. McEVEY, PSYCHIATRIS
NGS, MO MENTAL HEALTH FACILITY AND STAFF; CHIEF OF SECURITY PLUS 2 UNNAMED MALES/2 UNNAMED FEMALES
TANBURG, S. CAROLINA AND ENCOMPASSING COUNTY; JAIL AND FINE/BAIL JUDGE; ARRESTING OFFICER; LYMAN, WELLBORN AND
POLICE DEPTS; JURISDICTION FILMING ARREST VIA POLICE CAR; OFFICER TRANSPORTING ME TO/FROM COURT
ENVILLE, SC AND ENCOMPASSING COUNTY; AMTRAK; CITY BUS SERVICE, BLACK MALE & WHITE MALE SECURITY OFFICERS
K MALE CAB DRIVER; SAN JOAQUIN, CA AND ENCOMPASSING COUNTY; JAIL; MENTAL HEALTH FACILITY AND STAFF; HALF-
HOUSE; NEW ORLEANS, LA AND ENCOMPASSING COUNTY; CITY/AREA BUS SYSTEM; GREYHOUND; TALLAHASSEE, LEON COUN
JUNE 1977 TO OCT 1981; CURTIS RICHARDSON AND ASSISTANTS; GREYHOUND; OKLAHOMA CITY, OK APRIL 12, 2024 THR
t 24, 2024; AURORA, OH AND ENCOMPASSING COUNTY; WILLIE LEE AND CASSANDRA FELTS; JUVENILE DELINQUENT
LD SUPPORT, DOMESTIC VIOLENCE OFC; JUDGE/NURSE; ATTY PLUS RECEPTIONIST/ASSISTANT; UNNAMED WHITE MALE, WH
ALE WHO HANDLED FELTSES; DETROIT, MI AND ENCOMPASSING COUNTY; IMMIGRATION; GREYHOUND; TUCSON, AZ AND
OMPASSING COUNTY; MENACING DOGS/HANDLERS, FEB 12, 2023 ARREST; REID PARK; JUNE 4, 2023; AUG 6, 2022; OTIS MOFFE
WAUKEE, WI; SCOTTIE NLN; WF OFFICER RESPONDING TO 911 CALL; 2 WHITE MALE OFFICERS FILMING/WITNESSING RESPONDING
S ATTEMPT TO ENTRAP ME; JACKSONVILLE FL AND ENCOMPASSING COUNTY; MEMPHIS, TN AND ENCOMPASSING COUNTY; RON SCOT
PHIS, TN;
OBERT HALL AND THE ATLANTA GROUP TO WHICH HE BELONGED, DESIGNED ALL EVENTS IN ATLANTA, GA W/ AN EYE TOWARDS MAY 3, 1996 AND EVEN
Y TO INCLUDE ORLANDO, FL AND ELSEWHERE, THEY INTENTIONALLY CREATED CONFLICT AND CHAOS TO DISCREDIT ME AS TO THE EVENTS OF 'THEF
OUSE AT 3810 WISTERIA LANE, SW, ATLANTA, GA 30331; 2 THEFT OF MY LIFE IN ATLANTA, GA AND THE CONDITIONS AND CIRCUMSTANCES UNDER WHICH
VED AND LATER, ELSEWHERE; 3 HIDING OR CAUSING TO BE HIDDEN, EDUCATION AND JOBS COMMISERATE TO THAT EDUCATION; 4 VIA SABOTAGE,
TING A PATTERN OF FAILURE TO BLAME ME FOR YOUR DECEPTION AND FRAUD IN THE THEFT OF 3810 HOUSE AND POSITION ME AS SMALL IN AL
GS, ESP SMALL-MINDED; 5 TO HIDE LONGEVITY AND THE BREADTH OF INFLUENCE USED TO OBSTRUCT MY QUEST FOR FINANCIAL COMPENSATION
ALL THESE THINGS. THE EFFECTS HAVE BEEN CUMULATIVE AND SYNERGESIC, RESULTING IN DIMINISHED EARNING CAPACITY AND THE INABILITY TO PROVIDE
MYSELF AND KIDS. I WAS LEFT W/ NO PLACE TO BE AND NOWHERE TO GO. ALL WAS DONE W/O DUE PROCESS OF LAW. SURVIVAL LEVEL LIVING COMBIN
EVERE HARASSMENT BLINDED ME TO THE LEGAL RAMIFICATIONS OF YOUR ACTIONS, 6 THE ENLISTMENT OF SEVERAL JURISDICTIONS, UNDER COVER OF
EST, TO STEAL ALL EVIDENCE PERTAINING TO 3810 HOUSE, HARASSMENTS, ARRESTS, MENTAL HEALTH INTERNMENTS; 7-CREATING THE CIRCUMSTANCE THA
LED MY CHILD TO BE TAKEN AND NEVER RETURNED; 8- FOR USING WEALTH AND POWER TO INFLUENCE MY RELATIVES AGAINST ME 'CAUSE THE WHITE MA
RYING TO DESTROY THE BLACK MAN AND USING GREED AND VANITY TO MAKE THEM COMPLICIT 9- HOW REPEAT NEGATIVE INCIDENTS TURNED ME
A BIG SORE SO THAT SOFT TOUCH OF HARSH (SAME) TACTICS COULD BE USED TO DISCREDIT ME AND TO ARREST ME; 10- ORCHESTRATING NEGATIV
TS SPECIFIC TO MALES TO ENSURE HOMELESSNESS AS AN OLDER PERSON TO MAXIMIZE PHYSICAL, PSYCHOLOGICAL, EMOTIONAL, AND FINANCIA
CURITY, NO BARRIER, NO PROTECTION, 24/7 ACCESS FOR ANY STUPIDITY. THESE ACTIONS WERE SPECIFIC TO ME. KEEPING ME POOR
E. VIA STAGES, THEY TOOK ME FROM A YOUNG, ATTRACTIVE, INDEPENDENT PERSON WHO LIKED WORKING TO A SERIAL HOMELESS PERSO
DEPENDS ON DONATIONS TO SURVIVE. NOT JUST ABOUT MONEY; THIS IS ABOUT CHIPPING AWAY AT ME. FERMITING MY INNER RE
ES UNDER COVER OF GREED. TO MAKE ME INSANE, AND VIOLENT. AT BEST, SEVERELY PSYCHOLOGICALLY DAMAGED - NOT JUST ABOUT
3810 HOUSE. WITH REPEAT FAILURES, FRUSTRATE ME TO A SPECIFIC CONDITIONED RESPONSE; VIOLENCE. NATURALIZED, SOFT
VOKES W/ SAME HARSH TACTICS MAKES HATERS INVISIBLE. IT IS A SINISTER PLAN DESIGNED TO MAXIMIZE HARM W/ NO
USQUENCES. SPREAD OVER 55 YEARS, THE HARSHNESS, HARASSMENT, AND TORTURE BECOME SIDELINED. MOVING ME AROUND LIKE
HESS PIECE, WHILE EMPLOYING SAME HARSH TACTICS, TO OVERCOME LEARNING CURVE OF KNOWING ME BASED ON MY RESPONSES
NEGATIVE SCENARIOS. PERVASIVE HARSH TACTICS OVER A LONG TIME FORCING ME PAST TOLERANCE FOR ABUSE. PAST
LIENCE FOR INSENSITIVITY AND INDIFFERENCE. NOT ALLOWING REST OR HEALING. FRUSTRATING ME AT EVERY POINT.
OING TO FORCE VIOLENCE AS THE RESPONSE TO MOST THINGS. NOT JUST ABOUT MAKING ME CRAZY; HATERS
ECIFICALLY WANT MY 'CRAZY' TO INCLUDE LOTS OF VIOLENCE. ALL DONE WITHOUT DUE PROCESS OF LAW.
D NOT TO STOP WITH ME, ATLANTA HATERS ATTACKED MY SON, ALTON GAMBLE FELTS, REPEATEDLY AS A BOY
E OF THE LAST THINGS 'HATERS' DID WAS FAIL TO PAY FOR A STAPLE IN HIS EYEBALL, WHICH OCCURRED AT
IAMSVILLE ELEMENTARY SCHOOL, ATLANTA, GA. UNNAMED CITY/COUNTY MISSISSIPPI (I-10 EXIT 24 AL TO MS MEN
MOCO SERVICE STATION MARCH 1998; DOROTHY JEAN AND OSCAR ROWE, LARAJUH ROWE, AKA RICKY, TUSKEGEE, MACON &
COUNTY, AL; CHATTANOOGA, TN AND ENCOMPASSING COUNTY (CHATT FOUNDATION); JAMES LAST NAME UNKNOWN; DONNELL
JONES, VA; MICHAEL BROWN 275 BAPTIST CHURCH Rd, HENDERSON, N.C.; CLARENCE
FREDERICK HOOKER, CHARLESTON, SC.; DONALD IAFERNERO, PAUL ~~ROLD~~ POLDER,
COW NGUYEN, LARRY TAYLOR, WALTER LAST NAME UNKNOWN; 2 18/19 YR OL
WMS. BOTH PROBABLY LESS THAN 18 ... MINOR (KP. AGE?
METRO WIRELESS 23RD St OKLAHOMA CITY, OK;
ED. JACKSON, ORLANDO, FL 32811

Sheila V. Gamble
SHEILA VALENE GAMBLE
AKA SHEILATHA VALENENE GAMBLE
AKA SHELIA VALENE GAMBLE
PRO SE
GENERAL DELIVERY
ORLANDO, FL 32802
MAY 29, 2025

MAY 29 2025 PM3:10
FILED - USDC - FLMD - ORL